# UNITED STATES DISTRICT COURT
## District of Minnesota

Sain Marquillo Romero

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01320-LMP-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Sain M. R.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows:

a. The Court DECLARES that Sain M. R. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226;

b. The Government is ORDERED to provide Sain M. R. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release by no later than Friday, February 27, 2026; and

c. If the Government does not provide Sain M. R. with a bond redetermination hearing in accordance with this Order, the Government is ORDERED to release Sain M. R. from detention immediately; and

2. The Government is ORDERED to provide the Court with a status update by no later than 5:00 p.m. on Monday, March 2, 2026, concerning the results of any bond redetermination hearing conducted pursuant to this Order or, if no bond hearing was held, Sain M. R.'s release from custody.

Date: 2/23/2026

KATE M. FOGARTY, CLERK